MICHELE AURIGEMMA, Respondent, v. NIPPON YUSEN KAISHA COMPANY, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.; Clarke, P. J., and Finch, J., dissenting.

INTERSTATE PULP & PAPER CO., INC., Appellant, v. NEW YORK TRIBUNE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ADAM HATCHER, Respondent, v. EIGHTH AVENUE RAILROAD COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted in its entirety, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MICHAEL FISHER, Respondent, v. RENA ARVINE, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ANNA DICKOFF, Appellant, v. JOSEPH DICKOFF, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JACOB GOLDBERG, Respondent, v. ANNIE NISNEVITZ and Another, Appellants. — Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

WEPCO FUEL COMPANY, INC., Respondent, v. NATIONAL BANK OF COMMERCE IN NEW YORK, Appellant.— Order modified by striking out the words " to enable the plaintiff to prove the allegations of the amended complaint, as well as to avoid the affirmative defences of new matters set forth in the answer to the amended complaint, which if undenied would defeat plaintiff's cause of action;" and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The time for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

WILLIAM WITKIN, Respondent, v. HERBERT A. KEIGWIN, Appellant. CHARLES ALPERT, Respondent, v. HERBERT A. KEIGWIN, Appellant. HERBERT A. KEIGWIN, Appellant, v. CHARLES ALPERT and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to respondents to move for a stay in the Orange county action. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

AUGUST LUTWIN, as Administrator, etc., of LUDWIK LUTWIN, Deceased, Appellant, v. EAST ASIATIC COMPANY, LTD., Respondent.— Order affirmed, with ten dollars costs and disbursements, upon the ground that there is no proof that the defendant is doing business within the State of New York. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the Application of GLIDDEN BUICK CORPORATION, a Domestic Corporation, Respondent, for an Order of Peremptory Mandamus against CHARLES L. CRAIG, as Comptroller of the City of New York, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.